IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEBI RAINEY                                          PLAINTIFF

vs.                  Civil No. 1:19-cv-01012

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                  DEFENDANT

## J U D G M E N T

For the reasons stated in the Memorandum Opinion entered in this case on this date, the Court dismisses this action without prejudice.

**IT IS SO ORDERED this 9th day of September 2019.**

                                                   /s/ *Barry A. Bryant*
                                                   HON. BARRY A. BRYANT
                                                   U. S. MAGISTRATE JUDGE